UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| CHRISTINA LOUISE JENNINGS, | Civil No. 6:18-CV-01615-MC |
|---|---|
| Plaintiff, | |
| v. | ORDER FOR REMAND |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

On remand, the Commissioner will:

- Take any steps necessary to fully develop the administrative record, and provide the claimant an opportunity for a new hearing and to submit additional evidence in support of her claim;

- Further evaluate the paragraph B criteria;

- Obtain psychological expert evidence;

- Re-evaluate the opinion evidence of record, including those of the State agency psychological consultants; Scott Alvord, Psy.D.; and Gregory Cole, Ph.D.;

- Re-evaluate the claimant's subjective allegations, as well as the third party function report provided by the claimant's daughter;

- Re-evaluate the claimant's residual functional capacity;

- If warranted, obtain supplemental vocational evidence or otherwise comply with Social

Security Ruling 00-4p to resolve all apparent conflicts and articulate the resolution of any apparent conflicts between the jobs identified and the Dictionary of Occupational Titles; and

- Issue a new decision.

The claimant shall be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

The clerk shall enter judgment accordingly.

IT IS SO ORDERED this 9th day of September, 2019.

---
U.S. DISTRICT JUDGE MCSHANE

Submitted by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

RENATA GOWIE, OSB #175273
Assistant United States Attorney

s/ Alexis L. Toma
ALEXIS L. TOMA
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-2950